Same case below, 340 Fed. Appx. 826.

**No. 09-10354. Mark J. Thornton, Petitioner v. United States.**

560 U.S. 934, 130 S. Ct. 3343, 176 L. Ed. 2d 1237, 2010 U.S. LEXIS 4250.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 609 F.3d 373.

**No. 09-10356. Salvador Avina-Billa, Petitioner v. United States.**

560 U.S. 934, 130 S. Ct. 3343, 176 L. Ed. 2d 1237, 2010 U.S. LEXIS 4238.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 360 Fed. Appx. 937.

**No. 09-10357. Ben Eduardo Alba-Flores, Petitioner v. United States.**

560 U.S. 934, 130 S. Ct. 3344, 176 L. Ed. 2d 1237, 2010 U.S. LEXIS 4358.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 577 F.3d 1104.

**No. 09-10358. Arnold D. Ball, Petitioner v. United States.**

560 U.S. 934, 130 S. Ct. 3344, 176 L. Ed. 2d 1237, 2010 U.S. LEXIS 4300.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-10359. Stephanie Jones, Petitioner v. United States.**

560 U.S. 934, 130 S. Ct. 3344, 176 L. Ed. 2d 1237, 2010 U.S. LEXIS 4258.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 362 Fed. Appx. 416.

**No. 09-10360. Kevin Mayfield, Petitioner v. United States.**

560 U.S. 934, 130 S. Ct. 3344, 176 L. Ed. 2d 1237, 2010 U.S. LEXIS 4273.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 361 Fed. Appx. 425.

**No. 09-10361. Dennis Suesue, Petitioner v. United States.**

560 U.S. 934, 130 S. Ct. 3344, 176 L. Ed. 2d 1237, 2010 U.S. LEXIS 4306.

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 362 Fed. Appx. 877.

**No. 09-10364. Raymond Cartwright, Jr., Petitioner v. United States.**

560 U.S. 934, 130 S. Ct. 3344, 176 L. Ed. 2d 1237, 2010 U.S. LEXIS 4327,

May 24, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.